PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
Special Assistant United States Attorney
    601 E 12th Street, Suite 965
    Kansas City, MO 64106
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SAVANNAH GEORGETTE FARIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00432-SKO<br><br>STIPULATED MOTION TO REMAND AND ORDER<br><br>(Doc. 20) |

    IT IS STIPULATED by and between Savannah Georgette Farias (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to re-evaluate Plaintiff's residual functional capacity and in so doing fully evaluate and explain the weight given to all of the opinion evidence of record, including the prior administrative medical finding of Dr. Anna Franco, Psy.D.; obtain supplemental vocational expert evidence to clarify

Stip. to Remand; Order 1:21-cv-00432-SKO

the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 31st day of March 2022.

Dated:  March 31, 2022          */s/  Jonathan O. Pena\**
                                                  JONATHAN O. PENA
                                                  Attorney for Plaintiff
                                                  *Authorized via e-mail on Mar. 31, 2022

Dated:  March 31, 2022          PHILLIP A. TALBERT
                                                  United States Attorney
                                                  LISA A. THOMAS
                                                  Regional Chief Counsel, Region VII
                                                  Social Security Administration

                                   By:     /s/ *SARAH E. PRESTON*
                                                  SARAH E. PRESTON
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant

## ORDER

Based upon the parties' foregoing "Stipulated Motion to Remand" ("Stipulation to Remand") (Doc. 20), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Stip. to Remand; Order 1:21-cv-00432-SKO

Dated: **March 31, 2022**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE